1006-15

## ELECTRONIC RECORD

COA # 05-14-00197-CR          OFFENSE: 19.03

STYLE: Terrance Henry v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:          Affirmed as Modified          TRIAL COURT: 363rd Judicial District Court

DATE: 07/10/2015          ·Publish: NO          TC CASE #: F-0959736-W

## IN THE COURT OF CRIMINAL APPEALS

STYLE:          Terrance Henry v. The State of Texas          CCA #: **1006-15**

_____ **APPELLANT'S** _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ *REFUSED* _____          JUDGE: _____

DATE: _10/14/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**